UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                    2:07-cr-17-FtM-29SPC

CHARLES BYRD

_____

**OPINION AND ORDER**

On March 27, 2007, United States Magistrate Judge Sheri Polster Chappell submitted a Report and Recommendation (Doc. #30) to the Court recommending that Defendant's Motion to Suppress Identification (Doc. #21) be denied.  Defendant's Objections (Doc. #31) were filed on April 5, 2007.

**I.**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b()1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b)(1)(C).  This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. by Ernest S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir.

1990)(quoting H.R. 1609, 94th Cong., § 2 (1976)).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994).

## II.

After reviewing the Report and Recommendation and the transcript of the evidentiary hearing, the Court agrees with the findings of fact and conclusions of law made by the magistrate judge.  Under the circumstances of this case, the Court finds that the identification procedure was not unduly suggestive.  Even if unduly suggestive, the Court finds that under the totality of the circumstances the identification of defendant by Investigator Nelson was reliable after consideration of the opportunity she had to view defendant, the degree of her attention to defendant, her level of certainty, the length of time between the crimes and the identification, and her prior observations and contacts with defendant.  Accordingly, the Court will adopt the Report and Recommendation and will deny the motion to suppress identification.

Accordingly, it is now

**ORDERED**:

1.  The Magistrate Judge's Report and Recommendation (Doc. #30) is **accepted and adopted,** and it is specifically incorporated into this Opinion and Order.

2.  Defendant's Motion to Suppress Identification (Doc. #21) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___10th___ day of April, 2007.

*[signature: John E. Steele]*

JOHN E. STEELE
United States District Judge

Copies:

Counsel of Record
DCCD