UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 2:07-cr-17-FTM-29SPC

CHARLES BYRD

_____

**OPINION AND ORDER**

This matter is before the Court on Movant's Pro Se Motion for Production of Trial and Sentencing Transcripts (Doc. #59) and Movant's Pro Se Motion to Proceed in Forma Pauperis (Doc. #60), both filed on December 17, 2007. Defendant seeks transcripts of his trial and sentencing hearing and certain documents from the clerk of the court in order to prepare a motion pursuant to 28 U.S.C. § 2255.

Defendant reports that he decided not to file a direct appeal, but is contemplating filing a petition under 28 U.S.C. § 2255. There is no action concerning this case currently pending in this Court. It is well settled that a federal prisoner is not entitled to obtain court records at government expense to search for possible defects merely because he is indigent. United States v. Herrera, 474 F.2d 1049 (5th Cir. 1973)[1](transcripts not available for "fishing expedition"); Cowan v. United States, 445

---

[1] In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc) the Eleventh Circuit adopted as binding precedent all the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

F.2d 855 (5th Cir. 1971). Additionally, without a case pending before the Court, a defendant is not entitled to access to the court records, <u>Hansen v. United States</u>, 956 F.2d 245, 248 (11th Cir. 1992), or copies of court files or transcripts. 28 U.S.C. § 753(b).

Accordingly, it is now

**ORDERED**:

1. Movant's Pro Se Motion for Production of Trial and Sentencing Transcripts (Doc. #59) is **DENIED**.

2. Movant's Pro Se Motion to Proceed in Forma Pauperis (Doc. #60) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this __19th__ day of December, 2007.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Charles Byrd